**Davida Linn (Scott) KELLEY, and Brandee Jolynn Scott, A Minor Child by her Next Friend, Davida Linn (Scott) Kelley, Plaintiffs/Respondents,**

v.

**Barry David MOORE, Defendant/Appellant.**

**No. ED 86028.**

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 27, 2005.

Davida Linn Kelley, Hannibal, MO, pro se appellant.

Christopher Todd Ahrens, Hannibal, MO, for respondent.

Before NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J. and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Barry David Moore (Father) appeals from the trial court's judgment denying his Motion to Modify the Judgment and Decree of Paternity and Motion for Family Access Order. We have reviewed Father's brief[1] and the record on appeal and conclude that the trial court's judgment is not manifestly erroneous, *Abernathy v. Meier,* 45 S.W.3d 917, 922 (Mo.App. E.D.2001), nor is it against the weight of the evidence. *Miers v. Miers,* 53 S.W.3d 592, 595 (Mo. App. W.D.2001). An extended opinion would have no precedential value. We

---

1. Davida Linn (Scott) Kelley, the mother and respondent in this case, did not file a responsive brief.

have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).